UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWLAND BIOTECH, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MCCOLLISTER'S TRANSPORTATION GROUP, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-01877-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 30 |

On November 25, 2019, the parties settled this matter at a settlement conference with Magistrate Judge Kandis A. Westmore, as noted in the Docket. (Dkt. No. 30.) Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within sixty days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 6, 2019

_____
SALLIE KIM
United States Magistrate Judge